| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GEMINI INSURANCE CO, ET AL.,<br><br>Defendants. | Case No. 18-cv-00519 -SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 14, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 1, 2018.

DESIGNATION OF EXPERTS: 12/4/18; REBUTTAL: 12/20/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 11, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 25, 2019;
    Opp. Due: February 8, 2019; Reply Due: February 15, 2019;
    and set for hearing no later than March 1, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 9, 2019 at 3:30 PM.

COURT TRIAL DATE: April 22, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
All parties stipulate that an Amended Complaint may be filed by 5/11/18.

This case shall be referred to Magistrate-Judge Laporte.  The settlement conference shall occur in August 2108.

The Court allowed the parties to propound 50 interrogatories

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 4/30/18

                                      SUSAN ILLSTON
                                      United States District Judge